Magistrate Judge Tsuchida

1

2 _____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

3

4 **SEP 1 4 2009**

5 AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

6

**09-CR-00470-CMP**

7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8 AT SEATTLE

9 UNITED STATES OF AMERICA,          )
                                    )   CASE NO. MJ09- *470*
10          Plaintiff,              )
                                    )
11          v.                      )   COMPLAINT for VIOLATION
                                    )
12 ABDIQADIR HUSSEIN, and           )   U.S.C. Title 21, Section 841(a)(1)(C)
RAMONDO LYNCH,                      )   and 846
13                                  )
                                    )
          Defendants.              )
14 _____)

15 BEFORE the Honorable Brian A. Tsuchida, United States Magistrate Judge,
Seattle, Washington.
16

**COUNT ONE**
17 **(Conspiracy to Possess with Intent to Distribute MDMA/Ecstasy)**

18      On September 14, 2009, at Blaine, within the Western District of Washington, in

19 British Columbia, Canada, and elsewhere, ABDIQADIR HUSSEIN and RAMONDO

20 LYNCH, and others known and unknown, knowingly and intentionally did conspire to

21 possess with intent to distribute, methylenedioxymethamphetamine, also known as

22 MDMA or ecstasy, a substance controlled under Schedule I, Title 21, United States Code,

23 Section 812.

24      All in violation of Title 21, United States Code, Section 841(a)(1)(C) and 846.

25      I, Tracy J. Dewey, being first duly sworn, depose and say:

26      1.      I am a Special Agent (SA) employed by the United States Department of

27 Justice, Drug Enforcement Administration (DEA) and have been so employed since

28 February 1986.  I am currently assigned to the Bellingham, Washington Resident Office

COMPLAINT/HUSSEIN ET AL. — 1

1   and am charged with enforcing the Drug Abuse Prevention and Control Act of 1970

2   (Title 21, United States Code, Section 802 et seq.) and other duties imposed by law.

3        2.     On September 14, 2009, at approximately 12:48 a.m., the U.S. Border

4   Patrol (USBP) responded to a call from dispatch concerning a suspicious car in the

5   vicinity of the Peace Arch Park, in Blaine, Washington. Dispatch advised the vehicle had

6   pulled into the alley south of the park, it should be noted that this location has been

7   previously identified as an area notorious for the smuggling of both, illegal aliens and

8   narcotics. A few minutes later, dispatch advised two individuals were running

9   southbound from the park and getting into the vehicle and were observed departing the

10  area at a high rate of speed. The vehicle was followed by USBP Units onto Interstate 5

11  and a decision was made to perform an immigration stop on the vehicle for investigative

12  purposes. The stop occurred just south of mile marker 275, in Whatcom County, near

13  Blaine, Washington. The vehicle was identified as a 2003 Lincoln Towncar bearing

14  Washington registration 928YNX, registered to Ahmed Hussein. The driver was

15  identified as Ahmed Hussein and two passengers in the back of the seat identified as

16  RAMONDO LYNCH and ABDIQADIR HUSSEIN. Both individuals in the back seat

17  were sweating heavily and appeared to be very nervous. Both subjects in the back of the

18  vehicle were instructed to exit the vehicle for further questioning. The driver was

19  questioned and stated he had picked up the two passengers near the park and that he was

20  asked to open the trunk by LYNCH, who placed a bag in the trunk then both individuals

21  entered the back seat of his vehicle. The driver was questioned if he was related to the

22  passenger, HUSSEIN, and he advised it was his brother. The driver advised he had been

23  instructed where to pick up his brother and LYNCH. Permission was requested to check

24  the trunk of the vehicle and the driver consented. Upon opening the trunk a gym bag was

25  observed and upon opening it were several one gallon zip lock bags filled with pills. All

26  three subjects were then placed under arrest and advised of their *Miranda* rights. Both

27  LYNCH and HUSSEIN declined to make any statements without an attorney present at

28

COMPLAINT/HUSSEIN ET AL. — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    which time questioning stopped.  The driver, Ahmed Hussein indicated he was willing to

2    cooperate with authorities.

3        3.        The contraband tested positive; using a standard field test for MDMA

4    (Ecstasy), a scheduled I controlled substance, by Supervisory Border Patrol Agent

5    Kremzner.  The contraband weighed 37.4 pounds.

6        4.        DEA was informed of the arrests and seizure, I along with other personnel

7    responded to the USBP Station in Blaine, Washington, to assist in the investigation.  At

8    approximately 6:00 a.m., SA Lance Wheeler and I interviewed Ahmed Hussein.  Prior to

9    the interview, SA Wheeler advised Ahmed Hussein of his *Miranda* Rights, which he

10   acknowledged he understood.  Ahmed Hussein advised he worked as a taxi driver in the

11   SeaTac, Washington, area and that he was called by his brother, ABDIQADIR

12   HUSSEIN, around 10:00 p.m. on Sunday evening, September 13, 2009, and was

13   requested to pick his brother and LYNCH up near Blaine, Washington.  Ahmed Hussein

14   advised he was to be paid $500 for transporting his brother and LYNCH back to the

15   SeaTac area.  Ahmed Hussein was instructed where to pick them up and that upon

16   arriving at the location, he opened the trunk and a duffle bag was put in by LYNCH.

17   Ahmed Hussein advised he had no knowledge of drugs being in the vehicle.  Ahmed

18   Hussein advised approximately a week and a half ago he transported his brother and

19   LYNCH up to a motel in Bellingham.

20       5.        Based upon my training and experience, I know that 37 pounds of MDMA

21   is more than any single individual would have in their possession for their personal use.

22   //

23   //

24   //

25   //

26   //

27

28

COMPLAINT/HUSSEIN ET AL. — 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    6.    Based upon the above information, I have probable cause to believe that

2    RAMONDO M. LYNCH and ABDIQADIR IBRAHIM HUSSEIN, were in possession of

3    MDMA with intent to distribute, in violation of Title 21 USC 841(a)(1)(C) and 846.

4

5

6    _____
     TRACY J. DEWEY, Special Agent
     Drug Enforcement Administration
7

8    Based on the Complaint and Affidavit sworn to before me, and subscribed in my

9    presence, the Court hereby finds that there is probable cause to believe the defendants

10   committed the offense[s] set forth in the Complaint.

11   Dated this __14__ day of September, 2009

12

13

14   _____
     BRIAN A. TSUCHIDA
     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT/HUSSEIN ET AL. — 4